IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN D. DOAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-15-539-C |
| | ) | |
| ENRICO A. CIFELLI, | ) | |
| | ) | |
| Defendant. | ) | |

RECUSAL ORDER

Pursuant to 28 U.S.C. § 455, I recuse from the above referenced case and direct the Clerk of Court to place this case number in the random draw for reassignment to another Judge of the court.

IT IS SO ORDERED this 27th day of August, 2015.

*Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge